IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL ROCHA LUCIA GARCIA, INDIVIDUALLY AND AS NEXT FRIEND OF L.A.G., A MINOR<br><br>    PLAINTIFFS,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY,<br><br>    DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:24-cv-00139<br>(JURY) |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant AmGUARD Insurance Company ("Defendant"), and timely files this Notice of Removal pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. §1446(b), removing this action from the 444th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division, and in support thereof shows as follows:

**A.    Introduction**

1. Plaintiffs Raquel Rocha Lucia Garcia, Individually and as Next Friend of L.A.G., A Minor ("Plaintiff") commenced this lawsuit against Defendant in the 444th Judicial District Court of Cameron County, Texas, by filing their Original Petition on or about June 6, 2024. A true and correct copy of the Original Petition and Jury Demand is attached hereto as Exhibit "A." Defendant's Answer to Plaintiff's Original Petition was filed on September 18, 2024 and is attached hereto as Exhibit "B."

2. Defendant is filing this Notice of Removal within 30 days of its first receipt of Plaintiffs' Original Petition as required by 28 U.S.C. § 1446(b).

3. Plaintiffs seek to recover damages in this lawsuit based on allegations of negligence by the Defendant.

4. In accordance with 28 U.S.C. §1446(a), attached hereto are (i) an index of all matters filed in this case; (ii) a copy of the state court docket sheet; and, (iii) a list of all parties, their respective counsel and court information attached hereto as Exhibit "C."

**B.     Jurisdiction & Removal**

5. In a removal situation, the burden is on the removing party to establish the existence of jurisdiction and the propriety of removal. *Manguno v. Prudential Property and Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). This Court has jurisdiction in this case pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00. Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.

6. Complete diversity under 28 U.S.C. § 1332 exists in this case. Plaintiff is a citizen of the State of Texas. Defendant is a Nebraska corporation and maintains its principal place of business in Wilkes-Barre, Pennsylvania. As such, for diversity purposes, AmGUARD is a citizen of Pennsylvania.

7. In addition, the amount in controversy meets the minimum jurisdictional requirements under 28 U.S.C. § 1332. Here, Plaintiff's Petition states she is seeking monetary relief of over $250,000.00 but not more than $1,000,000.00 (*See* Section VIII). Therefore, the amount in controversy exceeds $75,000.00.

8. Venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the action has been pending is located in this district and division.

9. Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of the 444th Judicial District Court of Cameron County, Texas pursuant to 28 U.S.C. § 1446(d).

10. Attached hereto are all documents required by 28 U.S.C. § 1446(a).

11. Plaintiffs demanded a jury in the state court action. Defendant also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure.

12. All fees required by law in connection with this Notice have been tendered and paid by Defendant.

WHEREFORE, Defendant AmGUARD Insurance Company hereby removes the above-captioned matter, now pending in 444th Judicial District Court of Cameron County, Texas, to the United States District Court for the Southern District of Texas, Brownsville Division.

Respectfully submitted,

**PAPPAS GRUBBS PRICE PC**

 /s/  Dawn A. Moore
Dawn A. Moore
State Bar No. 24040447
Fed. Adm. No. 558181
Dmoore@pappasgrubbs.com
2500 Two Houston Center
909 Fannin
Houston, Texas  77010
713-951-1000
713-951-1199 – Fax

**ATTORNEYS FOR THE DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded in accordance with the Federal Rules of Civil Procedure on this the 25th day of September, 2024 to the following counsel of record:

Bobby Garcia
Law Office of Bobby Garcia, P.C.
P. O. Box 5729
McAllen, TX  78502
Email:  litigation@bobbygarcia.com

                                               /s/ *Dawn A. Moore*
                                               Dawn A. Moore

7758267