United States District Court
Southern District of Texas
**ENTERED**
December 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RAQUEL ROCHA LUCIA GARCIA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 1:24-CV-139 |
| AMGUARD INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

Plaintiff Raquel Rocha Lucia Garcia, Individually and as Next Friend of L.A.G, a Minor, filed an "Amended Notice of Nonsuit without Prejudice" (Doc. 14).

The Court construes the Amended Notice as a motion for voluntary dismissal based on Federal Rule of Civil Procedure 41(a)(2). Under that rule, a court may dismiss claims upon the plaintiff's request "on terms the court considers proper." In the present matter, the Court finds the terms proper and that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Plaintiff Raquel Rocha Lucia Garcia's causes of action, both individually and as Next Friend of L.A.G, a Minor, are **DISMISSED WITHOUT PREJUDICE**.

Except as agreed upon by the parties, each party will bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on December 6, 2024.

_____
Fernando Rodriguez, Jr.
United States District Judge